**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01705-CR

### JULIO RUIZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-24859-P**

## ORDER

The Court **GRANTS** the State's August 19, 2013 motion for extension of time to file the

State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      DAVID EVANS
             JUSTICE